UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

**GERALD LAMONT GRIFFIN,**

    Petitioner,

                                            Civil No: 2:06-CV-11964
                                            Honorable Lawrence P. Zatkoff
                                            Magistrate Virginia M. Morgan

v.

**STATE OF MICHIGAN &**
**76TH JUDICIAL COURT**,

    Respondents.

_____

## **JUDGMENT**

    The above entitled matter having come before the Court on a Petition for Writ of Habeas Corpus **[Doc. #1-1]**, and in accordance with the Opinion and Order Summarily Dismissing Petition for Writ of Habeas Corpus Without Prejudice entered on June 1, 2006,

    IT IS HEREBY ORDERED that the Petition for Writ of Habeas Corpus **[Doc. #1-1, filed April 27, 2006]** is **DISMISSED WITHOUT PREJUDICE.**

                                                                       DAVID WEAVER
                                                                     CLERK OF THE COURT

                                                                       BY: s/Marie E. Verlinde
                                                                           DEPUTY CLERK

APPROVED:

s/Lawrence P. Zatkoff
HONORABLE LAWRENCE P. ZATKOFF
UNITED STATES DISTRICT COURT

Dated: June 1, 2006